**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Southern District of Ohio** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shockley, Clark Richard** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Shockley, Susana Nebrieda** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**FKA Susana Nebrieda Guthrie** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-3439** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-5146** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4508 Rosemont Ct.**<br>**Middletown, OH 45042** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4508 Rosemont Ct.**<br>**Middletown, OH 45042** |
| County of Residence or of the<br>Principal Place of Business:   **Butler** | County of Residence or of the<br>Principal Place of Business:   **Butler** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)                    ☐ Railroad<br>☐ Corporation                  ☐ Stockbroker<br>☐ Partnership                   ☐ Commodity Broker<br>☐ Other_____  ☐ Clearing Bank | ■ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business      ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>   Must attach signed application for the court's consideration<br>   certifying that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   |   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**

FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Shockley, Clark Richard**
**Shockley, Susana Nebrieda**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____/s/ Clark Richard Shockley_____
Signature of Debtor **Clark Richard Shockley**

X _____/s/ Susana Nebrieda Shockley_____
Signature of Joint Debtor **Susana Nebrieda Shockley**

Telephone Number **XXXXXXXXXXXXXXXXXXXXXXXX**

**October 13, 2005**
Date

### Signature of Attorney

X _____/s/ Richard E. West_____
Signature of Attorney for Debtor(s)
  **Richard E. West 0033319**
Printed Name of Attorney for Debtor(s)
  **Richard E. West**
Firm Name
  **Box 938**
  **195 E. Central Ave.**
  **Springboro, OH 45066**
Address       **Email: rew@richardwestattorney.com**
  **937 748 1749  Fax: 937 748 9552**
Telephone Number
  **October 13, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ___/s/ Richard E. West___       **October 13, 2005**
Signature of Attorney for Debtor(s)        Date
  **Richard E. West 0033319**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:



If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Clark Richard Shockley,**
       **Susana Nebrieda Shockley**

Case No. _____

                                  ,
Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 250,000.00 | | |
| B - Personal Property | Yes | 4 | 3,700.02 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 262,167.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 7,792.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 69,594.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,481.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,665.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 253,700.02 | | |
| Total Liabilities | | | | 339,553.99 | |

In re  **Clark Richard Shockley,**                                        Case No. _____

       **Susana Nebrieda Shockley**

_____,
                Debtors

# SCHEDULE A. REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4508 Rosemont Court**<br>**Middletown, OH  45042** | **fee simple** | **J** | **250,000.00** | **262,167.00** |

|  | Sub-Total > | **250,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **250,000.00** |  |

    **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Clark Richard Shockley,**                                    Case No. _____
       **Susana Nebrieda Shockley**

_____ ,
               Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Financial Bank-Checking account** | J | 190.00 |
| | | **Greater Visions Credit Union=Checking account** | J | 25.00 |
| | | **bank one has two cents in it they thought it was closed** | J | 0.02 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Table, lamp and vase** | J | 250.00 |
| | | **See attached** | J | 1,555.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CD's** | J | 40.00 |
| 6.  Wearing apparel. | | **Misc wearing apparel** | J | 200.00 |
| 7.  Furs and jewelry. | | **Wedding rings, watches, and mens rings** | J | 800.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **2-Pistols** | J | 150.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance with no cash surrender value** | H | 0.00 |
| | | **2- Whole Life Insurance policy with no cash surrender value** | J | 0.00 |
| | | **Term Life insruance with no cash surrender value** | H | 0.00 |

Sub-Total >      **3,210.02**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re   **Clark Richard Shockley,**
      **Susana Nebrieda Shockley**
                                        Debtors

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     **Clark Richard Shockley,**
        **Susana Nebrieda Shockley**

Case No. _____

_____ ,
                    Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Computer and printer** | J | 150.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **carpenter tools, yard tools/equipment, and cell phones** | J | 340.00 |

|  |  |
|---|---:|
| Sub-Total > | 490.00 |
| (Total of this page) | |
| Total > | 3,700.02 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

ATTACHMENT TO SCHEDULE "B"

# YOUR HOUSEHOLD INVENTORY

Please check the items below that you currently have in your home. Then, provide the <u>**YARD SALE VALUE**</u> of each item – <u>NOT</u> the replacement cost.

**Yard Sale Value**

| | | | | |
|---|---|---|---|---|
| ☑ Stove/Cooking Unit | $ _____ | ☐ Paintings/Art | $ _____ |
| ☑ Refrigerator | $ _____ | Describe item(s): _____ |
| ☑ Washer/Dryer | $ _____ | _____ |
| ☑ Microwave | $ _____ | ☑ Carpenters Tools | $ _____ |
| ☑ Cooking Utensils | $ _____ | Describe item(s): _____ |
| ☑ Silverware/Flatware | $ _____ | _____ |
| ☑ Cookware (Pots/Pans) | $ _____ | ☐ Mechanics Tools | $ _____ |
| ☑ Living Room Furniture | $ _____ | Describe item(s): _____ |
| ☑ Dining Room Furniture | $ _____ | _____ |
| ☑ Tables and Chairs | $ _____ | ☑ Guns and Firearms | $ _____ |
| ☑ Televisions(s) | $ _____ | Describe item(s): _____ |
| ☐ VCR(s) | $ _____ | _____ |
| ☑ DVD(s) | $ _____ | ☐ Lawnmower | $ _____ |
| ☑ Compact Disks | $ _____ | ☐ Boats | $ _____ |
| ☐ All Other Stereo Equipment | $ _____ | ☐ Trailers | $ _____ |
| Describe item(s): _____ | ☐ Campers | $ _____ |
| _____ | ☑ Yard Tools/Equipment | $ _____ |
| ☑ Bedroom Furniture | $ _____ | ☐ Swimming Pool | $ _____ |
| ☑ Dressers/Nightstands | $ _____ | ☑ **Cell Phones** | $ _____ |
| ☑ Lamps and Accessories | $ _____ | |
| ☑ **Wedding Rings** | $ _____ | **OTHER ASSETS** |
| ☐ **Other Jewelry/Watches** | $ _____ | ☐ Rent deposit with landlord  $ _____ |
| Describe item(s): _____ | Name of Landlord _____ |
| _____ | Address _____ |
| | City _____ State _____ Zip _____ |
| ☐ Furs | $ _____ | ☐ Government Bonds | $ _____ |
| ☑ **Computer(s)** | $ _____ | ☐ Certificate of Deposits | $ _____ |
| ☐ Computer Printers | $ _____ | ☐ Copyrights/Patents | $ _____ |
| ☑ Desks/Office Furniture | $ _____ | ☐ Aircraft | $ _____ |
| ☐ Other Computer Equipment | $ _____ | ☐ _____ | $ _____ |
| Describe item(s): _____ | ☐ _____ | $ _____ |
| _____ | ☐ _____ | $ _____ |
| ☐ Photography Equipment | $ _____ | ☐ _____ | $ _____ |
| ☐ Satellite Disks | $ _____ | ☐ _____ | $ _____ |
| ☑ **All Clothing** | $ _____ | ☐ _____ | $ _____ |
| (including shoes, coats, hats, etc.) | ☐ _____ | $ _____ |
| ☐ Collectibles | $ _____ | ☐ _____ | $ _____ |
| Describe item(s): _____ | ☐ _____ | $ _____ |
| _____ | ☐ _____ | $ _____ |

Page 7

In re    **Clark Richard Shockley,**                                                    Case No. _____

       **Susana Nebrieda Shockley**

_____,

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **4508 Rosemont Court** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | **0.00** | **250,000.00** |
| **Middletown, OH  45042** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **First Financial Bank-Checking account** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **190.00** | **190.00** |
| | | | |
| **Greater Visions Credit Union=Checking account** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **25.00** | **25.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Table, lamp and vase** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | **250.00** | **250.00** |
| | | | |
| **See attached** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | **1,555.00** | **1,555.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **CD's** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **40.00** | **40.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Misc wearing apparel** | **Ohio Rev. Code Ann. § 2329.66(A)(3)** | **200.00** | **200.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding rings, watches, and mens rings** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(c)** | **800.00** | **800.00** |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2-Pistols** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **150.00** | **150.00** |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer and printer** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **150.00** | **150.00** |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **carpenter tools, yard tools/equipment, and cell phones** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **60.00** | **340.00** |

___0___    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re **Clark Richard Shockley,**
     **Susana Nebrieda Shockley**

Case No. _____

_____,
                                    Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0041001136581** <br><br> **Bank One** <br> **PO Box 9001008** <br> **Louisville, KY 40290-1008** | | J | second mortgage <br><br> **4508 Rosemont Court** <br> **Middletown, OH  45042** <br><br><br> Value $            **250,000.00** | | | | **50,167.00** | **12,167.00** |
| Account No. **63609642** <br><br> **Wells Fargo Financial** <br> **P.O.Box 98784** <br> **Las Vegas, NV 89193-8784** | | J | first mortgage <br><br> **4508 Rosemont Court** <br> **Middletown, OH  45042** <br><br><br> Value $            **250,000.00** | | | | **212,000.00** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

___**0**___  continuation sheets attached

|  | Subtotal <br> (Total of this page) | **262,167.00** |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **262,167.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E
(04/05)

In re   **Clark Richard Shockley,**                                          Case No. _____
        **Susana Nebrieda Shockley**

_____,
                                          Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6E - Cont.
(04/05)

In re **Clark Richard Shockley,**
**Susana Nebrieda Shockley**
Case No. _____

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **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** | | | | | **1040 taxes for 2004** | | | | | |
| **IRS (3)** **P.O. Box 1579** **Attn: Special Procedures** **Cincinnati, OH 45201** | | | J | | | | | | **6,577.51** | **6,577.51** |
| Account No. **5147314739** | | | | | **state taxes** | | | | | |
| **Ohio Dept of Taxation (1)** **P.O. Box 165009** **Columbus, OH 43216** | | | J | | | | | | **1,214.54** | **1,214.54** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **7,792.05** | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **7,792.05** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re    **Clark Richard Shockley,**                                          Case No. _____
           **Susana Nebrieda Shockley**
_____,
                                                Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A3723097918601000000** <br><br> **AT&T** <br> **P.O. Box 8212** <br> **Aurora, IL 60572-8212** | | J | phone | | | | 63.19 |
| Account No. **Zen900** <br><br> **Buchy Foods** <br> **195 N Broadway** <br> **Greenville, OH 45331** | X | J | food | | | | 688.35 |
| Account No. **5291-1520-4816-9458** <br><br> **Capital One** <br> **P.O.Box 25131** <br> **Richmond, VA 23276-0001** | | J | credit card | | | | 4,350.27 |
| Account No. **467835** <br><br> **CBSJ Collections** <br> **PO Box 4115** <br> **Concord, CA 94524** | | J | collection agency for Abs-Cbn International | | | | 340.51 |

|  |  |
|---|---|
| __8__  continuation sheets attached | Subtotal (Total of this page)     **5,442.32** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:26553-050728    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Clark Richard Shockley,**                                Case No. _____
        **Susana Nebrieda Shockley**
_____,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4266-8120-4023-4493** <br><br> **Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | J | credit card | | | | 11,162.45 |
| Account No. **5369-9102-1017-6867** <br><br> **Chase Freedom** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | | J | credit card | | | | 8,573.00 |
| Account No. **575792** <br><br> **Checksmart** <br> **7001 Post Road** <br> **Suite 200** <br> **Dublin, OH 43016** | | J | cash advance | | | | 942.50 |
| Account No. **4100-0488-370** <br><br> **Cincinnati Gas & Electric (Cinergy)** <br> **P.O. Box 740124** <br> **Cincinnati, OH 45274-0124** | X | J | utility | | | | 276.38 |
| Account No. **7588741** <br><br> **Controlled Credit Corporation** <br> **PO Box 5154** <br> **Cincinnati, OH 45205-0154** | | J | collection agency for Ft Hamilton Hughes Memorial | | | | 1,559.95 |

Sheet no. __1___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,514.28**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Clark Richard Shockley,**
        **Susana Nebrieda Shockley**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 001000000695820787 | | | | collection agency for Bank One | | | | |
| Financial Recovery Services P.O. Box 385908 Minneapolis, MN 55438-5908 | | J | | | | | | 1,054.28 |
| Account No. 4988-8200-0133-5511 | | | | credit card | | | | |
| First Equity PO Box 84075 Columbus, GA 31901-4075 | X | J | | | | | | 12,806.79 |
| Account No. 4447-9611-1306-1424 | | | | credit card | | | | |
| First National Bank of Marin P.O.Box 80015 Los Angeles, CA 90080-0015 | | J | | | | | | 175.00 |
| Account No. 010-9014-54413 | | | | lease vehicle returned | | | | |
| GMAC PO Box 78369 Phoenix, AZ 85062-8369 | | J | | | | | | 1,839.18 |
| Account No. | | | | notice only | | | | |
| GMAC PO Box 217060 Auburn Hills, MI 48321 | | J | | | | | | 0.00 |

Sheet no. __2___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,875.25

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Clark Richard Shockley,**
        **Susana Nebrieda Shockley**                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **25978-2**<br><br>**Hilltop Obstetric & Gynecology**<br>**103 McKnight Drive Suite A**<br>**Middletown, OH 45044** | | J | medical | | | | **306.13** |
| Account No. **034 9327-239**<br><br>**Kohl's**<br>**P.O. Box 2983**<br>**Milwaukee, WI 53201-2983** | | J | credit card | | | | **1,262.40** |
| Account No. **42-423-875-237**<br><br>**Macy's**<br>**P.O. Box 4581**<br>**Carol Stream, IL 60197-4581** | | J | credit card | | | | **11,128.51** |
| Account No. **58620/6027/41556**<br><br>**Medical Imaging Phys., Inc.**<br>**2591 Miamisburg-Centerville Rd.**<br>**Dayton, OH 45459** | | J | medical | | | | **159.63** |
| Account No. **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**<br><br>**Mercy Health Solutions**<br>**12029 Sheraton Lane**<br>**Cincinnati, OH 45246** | | J | medical | | | | **177.00** |

Sheet no. __**3**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,033.67**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Clark Richard Shockley,**                                        Case No. _____
        **Susana Nebrieda Shockley**
_____,
                                            Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F0433800441** <br><br> **Mercy Hospital Fairfield** <br> **P.O. Box 89465** <br> **Cleveland, OH 44101** | | J | medical | | | | 302.50 |
| Account No. **43502** <br><br> **Mid Valley Gastroenterology Ass.** <br> **225 N Breiel Blvd** <br> **Middletown, OH 45042** | | J | medical | | | | 159.13 |
| Account No. **020357005/018933131** <br><br> **Middletown Diagnostics Svc** <br> **PO Box 640807** <br> **Cincinnati, OH 45264** | | J | medical | | | | 529.30 |
| Account No. **38627352** <br><br> **Middletown Emergency Phys Inc.** <br> **P.O. Box 634071** <br> **Cincinnati, OH 45263-4071** | | J | medical | | | | 212.40 |
| Account No. **37712627** <br><br> **Middletown Emergency Phys Inc.** <br> **P.O. Box 634071** <br> **Cincinnati, OH 45263-4071** | | J | medical | | | | 68.76 |

Sheet no. __**4**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,272.09**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Clark Richard Shockley,**
      **Susana Nebrieda Shockley**                                  Case No. _____

                                             ,
                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **37872538**<br><br>**Middletown Emergency Phys Inc.**<br>**P.O. Box 634071**<br>**Cincinnati, OH 45263-4071** | | J | medical | | | | **70.00** |
| Account No. **15578**<br><br>**Middletown Endoscopy Asc.**<br>**257 N. Breiel Blvd.**<br>**Middletown, OH 45042** | | J | medical | | | | **158.55** |
| Account No. **28532083**<br><br>**Middletown Regional Hospital**<br>**P.O. Box 711782**<br>**Columbus, OH 43271-1782** | | J | medical | | | | **968.05** |
| Account No. **39381033**<br><br>**Middletown Regional Hospital**<br>**P.O. Box 711782**<br>**Columbus, OH 43271-1782** | | J | medical | | | | **2,275.26** |
| Account No. **38627352**<br><br>**Middletown Regional Hospital**<br>**P.O. Box 711782**<br>**Columbus, OH 43271-1782** | | J | medical | | | | **868.16** |

Sheet no. __**5**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
        (Total of this page)   **4,340.02**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Clark Richard Shockley,**  Case No. _____
      **Susana Nebrieda Shockley**

_____,
                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Susana Shockley** <br><br> **National Cash Advance** <br> **627B Breiel Blvd** <br> **Middletown, OH 45044** | | J | cash advance | | | | 909.00 |
| Account No. **844342136** <br><br> **Nextel** <br> **P.O. Box 4191** <br> **Carol Stream, IL 60197-4191** | | J | cell phone | | | | 460.77 |
| Account No. **200819** <br><br> **River Collection & Recovery Service** <br> **PO Box 992** <br> **Elk River, MN 55330** | | J | collection agency for US Bank | | | | 1,048.29 |
| Account No. **2487358345602** <br><br> **SBC** <br> **Bill Payment Center** <br> **PO Box 5072** <br> **Saginaw, MI 48663-0003** | | J | telephone | | | | 1,478.14 |
| Account No. **513 424-5158 7727** <br><br> **SBC** <br> **Bill Payment Center** <br> **PO Box 5072** <br> **Saginaw, MI 48663-0003** | | J | phone | | | | 920.15 |

Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **4,816.35**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Clark Richard Shockley,**                                    Case No. _____
         **Susana Nebrieda Shockley**
_____,
                           Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **513 705 0769 318**<br><br>**SBC**<br>**Bill Payment Center**<br>**PO Box 5072**<br>**Saginaw, MI 48663-0003** | | J | phone/internet service | | | | 497.50 |
| Account No. **513 539-751-9765**<br><br>**SBC**<br>**Bill Payment Center**<br>**PO Box 5072**<br>**Saginaw, MI 48663-0003** | | J | phone service | | | | 187.78 |
| Account No. **26546**<br><br>**Stephenson & Warner Inc**<br>**1502 University Blvd.**<br>**Hamilton, OH 45011** | | J | tax prep | | | | 739.54 |
| Account No. **171211**<br><br>**The Ohio Heart Health Center, Inc**<br>**PO Box 640120**<br>**Cincinnati, OH 45264-0120** | | J | medical | | | | 126.83 |
| Account No. **241414737**<br><br>**Trauner, Cohen, & Thomas, LLP**<br>**2880 Dresden Dr.**<br>**Atlanta, GA 30341-3920** | | J | collection agency for T-Mobile | | | | 248.39 |
| Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 1,800.04 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Clark Richard Shockley,**
**Susana Nebrieda Shockley**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | notice only | | | | |
| Verizon Wireless PO Box 9058 Dublin, OH 43017 | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. **991704** | | J | clubhouse | | | | |
| Wildwood Golf Club PO Box 1040 Middletown, OH 45042 | | | | | | | |
| | | | | | | | 500.92 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 500.92 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 69,594.94 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Clark Richard Shockley,**                                          Case No. _____

       **Susana Nebrieda Shockley**

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
             schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GMAC**<br>**PO Box 217060**<br>**Auburn Hills, MI 48321** | **A 2005 Chevy Uplander lease.**   **Keep** |
| **GMAC**<br>**PO Box 217060**<br>**Auburn Hills, MI 48321** | **A 2005 Chevy Malibu lease.**   **Keep** |
| **Verizon Wireless**<br>**PO Box 9058**<br>**Dublin, OH 43017** | **cell phone contract.**   **keep** |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Clark Richard Shockley,**                                    Case No. _____
         **Susana Nebrieda Shockley**

                                                              ,
                                              Debtors

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| James Brindle<br>2920 Mohawk<br>Middletown, OH 45042 | Buchy Foods<br>195 N Broadway<br>Greenville, OH 45331 |
| James Brindle<br>2920 Mohawk<br>Middletown, OH 45042 | First Equity<br>PO Box 84075<br>Columbus, GA 31901-4075 |
| James Brindle<br>2920 Mohawk<br>Middletown, OH 45042 | Cincinnati Gas & Electric<br>(Cinergy)<br>P.O. Box 740124<br>Cincinnati, OH 45274-0124 |

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6I
(12/03)

**Clark Richard Shockley**
In re   **Susana Nebrieda Shockley**                                     Case No. _____
                                    Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales Represetative | Executive Assistant |
| Name of Employer | Western & Southern | Eilon Cosmetics |
| How long employed | 1 year and 9 month | 1 month |
| Address of Employer | 1502 University Blvd, Suite D Hamilton, OH 45011 | 625 Eden Park D. Cincinnati, OH 45206 |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 2,435.81 | $ | 2,083.34 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 2,435.81 | $ | 2,083.34 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 608.96 | $ | 260.41 |
| b. Insurance | $ | 93.30 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)     E&O Prem | $ | 19.15 | $ | 0.00 |
|                              Notebook | $ | 56.33 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 777.74 | $ | 260.41 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,658.07 | $ | 1,822.93 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,658.07 | $ | 1,822.93 |

TOTAL COMBINED MONTHLY INCOME        $        3,481.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **Clark Richard Shockley**
     **Susana Nebrieda Shockley**                                         Case No. _____
                                  Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,753.00 |
| Are real estate taxes included? | Yes ___ | No **X** | |
| Is property insurance included? | Yes ___ | No **X** | |
| Utilities:   Electricity and heating fuel | | $ | 200.00 |
|       Water and sewer | | $ | 65.00 |
|       Telephone | | $ | 49.00 |
|       Other   **See Detailed Expense Attachment** | | $ | 124.00 |
| Home maintenance (repairs and upkeep) | | $ | 0.00 |
| Food | | $ | 260.00 |
| Clothing | | $ | 25.00 |
| Laundry and dry cleaning | | $ | 20.00 |
| Medical and dental expenses | | $ | 75.00 |
| Transportation (not including car payments) | | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
|       Homeowner's or renter's | | $ | 83.00 |
|       Life | | $ | 162.00 |
|       Health | | $ | 0.00 |
|       Auto | | $ | 96.00 |
|       Other | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
|    (Specify)  **real estate** | | $ | 269.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
|       Auto | | $ | 358.00 |
|       Other  **Second car payment** | | $ | 426.00 |
|       Other  **2nd mortgage** | | $ | 500.00 |
|       Other | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other | | $ | 0.00 |
| Other | | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | 4,665.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---:|
| A. | Total projected monthly income | $ | N/A |
| B. | Total projected monthly expenses | $ | N/A |
| C. | Excess income (A minus B) | $ | N/A |
| D. | Total amount to be paid into plan each | $ | N/A |

(interval)

In re  **Clark Richard Shockley**
    **Susana Nebrieda Shockley**                          Case No. _____
                                     Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cable** | $ | **12.00** |
| **Trash pick up** | $ | **60.00** |
| **Internet** | $ | **52.00** |
| **Total Other Utility Expenditures** | $ | **124.00** |

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Clark Richard Shockley**
**Susana Nebrieda Shockley**                                                Case No. _____
                                            Debtor(s)              Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**24**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my
knowledge, information, and belief.


Date  **October 13, 2005**_____          Signature    **/s/ Clark Richard Shockley**_____
                                                            **Clark Richard Shockley**
                                                            Debtor


Date  **October 13, 2005**_____          Signature    **/s/ Susana Nebrieda Shockley**_____
                                                            **Susana Nebrieda Shockley**
                                                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Clark Richard Shockley**
      **Susana Nebrieda Shockley** _____    Case No. _____

                                                    Debtor(s)           Chapter    **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$1,442.31** | **2005 YTD income for wife** |
| **$17,693.07** | **2005 YTD income for husband** |
| **$66,848.00** | **2004 YTD income for both** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

2

### 3. Payments to creditors

None
☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **National Cash Advance** | **8/9/05** | **$887.00** | **$0.00** |
| **627 B S. Breiel Blvd** | | | |
| **Middletown, OH 45042** | | | |
| **Check Smart** | **8/2/05** | **$942.50** | **$0.00** |
| **7001 Post Road Suie 200** | | | |
| **Dublin, OH 43016** | | | |

None
■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Diamond earrings with a market value of $1700.00** | **Theft from the cleaning lady. Insurance paid $1200.00** | **2/11/05** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Richard E. West Box 938 195 E. Central Ave. Springboro, OH 45066** | | **$476.00** |

**10. Other transfers**

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

4

**11. Closed financial accounts**

None
☐　　List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank One<br>Securities Corp<br>300 South Riverside<br>Chicago, IL 60670** | **Brokerage with an account number of 60C409616** | **closed 7/05 with a balance of $8.43** |

**12. Safe deposit boxes**

None
■　　List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■　　List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■　　List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■　　If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■　　If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately
preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided
with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
□   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **IP Risk LLC** | **1352750** | **Traders World Flee Market Monroe, OH 45050** | **Remolded of house oriental furniture** | **1/05 to 6/05** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Stephenson & Warner Inc**<br>**1502 Peck Blvd**<br>**Hamilton, OH 45011** | **3/05** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **James Brindle**<br>**2920 Mohawk Stree**<br>**Middletown, OH 45044** | **Partnership** | **50%** |

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **October 13, 2005**                Signature    **/s/ Clark Richard Shockley**

                                                           **Clark Richard Shockley**
                                                           Debtor

Date    **October 13, 2005**                Signature    **/s/ Susana Nebrieda Shockley**

                                                           **Susana Nebrieda Shockley**
                                                           Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
### Southern District of Ohio

In re  **Clark Richard Shockley**
**Susana Nebrieda Shockley**

Debtor(s)

Case No. _____

Chapter  **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 476.00 |
| Prior to the filing of this statement I have received | $ | 476.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

■    Debtor    ☐    Other (specify):

3.  The source of compensation to be paid to me is:

■    Debtor    ☐    Other (specify):

4.  ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.  Debtors are advised that there is no absolute right to reaffirm for market value, that they must be current on secured debt to reaffirm, and that they may reaffirm, surrender or redeem by payment, lump sum, of fair market value of collateral on secured debts.  Note that the case will be maintained in our office for one year after closing, after that the entire file will be destroyed.  After the file is closed there is a $20 dollar charge for copies from the file, as it is placed in storage after closing.  Representation is conditioned on compliance, in chapter 7 cases, with the "Simple Chapter 7 Fee Agreement" or, in Chapter 13 cases, with the terms of the fee agreement signed with the plan and filed with the plan.  Debtors agree and understand that in the event that fees requested, including deposits towards fees, are not paid, then the attorneys may withdraw from representation by making the appropriate application with the court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.  Document requests made by the trustee or the United State's Trustee's office, in excess of those documents required to be presented at the 341 meeting will be subject to an hourly charge in addition to the basic retainer charged.  All debtors are subject to audit/review from the United States Trustee, in addition to the trustee assigned to their case, and all work performed by attorney to satisfy requests of the case trustee or the United States Trustee shall be billed in addition to the basic fee.  Negotiations with secured creditors to reduce to market value; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods will be billed hourly at $175 per hour, and is payable in advance. No representation will be provided for actions occasioned by debtor(s) failure to comply with trustee requests for information or payment or turnover of property.  No representation will be provided for motions to show cause, contempt or revocation of discharge or any other sanctions against debtor(s) by the trustee or any creditor.  Representation for these is at the discretion of the attorney and will be billed in addition to the retainer at $175.00 per hour, payable in advance.  Attorneys will not examine titles to real estate to discover liens or mortgage information, we rely on the information you provide to us.  If you are unsure about encumbrances on real estate you own, you may request that we review the real estate records, which we will do for an additional fee.  We do not obtain credit reports, unless you request that we do so, and pay the additional fee for the report.  Defense of 523(a)(5) or (15) motions/adversary proceedings (debts for support) are at additional hourly rate, and at the**

In re
**Clark Richard Shockley**
**Susana Nebrieda Shockley**
_____
Debtor(s)

Case No. _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**discretion of the law firm.  No credit reporting agency assistance is included in the fee.  No creditor communications, letters, etc, are included in the fee. Letters, copies of petition, etc, will incur a charge which must be paid prior to additional services being rendered after the case is closed.  The agreed upon fee does not include representation in any contested or noncontested matter involving a redemption under 11 USC 722, for which $200 is charged for non-contested redemption agreements, and which is to be paid from the earnings or post-petition borrowing of the debtor.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| Dated:  **October 13, 2005**  _____    **/s/ Richard E. West** _____ <br> **Richard E. West 0033319** <br> **Richard E. West** <br> **Box 938** <br> **195 E. Central Ave.** <br> **Springboro, OH 45066** <br> **937 748 1749  Fax: 937 748 9552** <br> **rew@richardwestattorney.com** |

Date  **October 13, 2005** _____

Signature  **/s/ Clark Richard Shockley** _____
**Clark Richard Shockley**
Debtor

Date  **October 13, 2005** _____

Signature  **/s/ Susana Nebrieda Shockley** _____
**Susana Nebrieda Shockley**
Joint Debtor

Asset Acceptance
P.O. Box 2036
Warren, MI 48090-2036

AT&T
P.O. Box 8212
Aurora, IL 60572-8212

Bank One
PO Box 9001008
Louisville, KY 40290-1008

Buchy Foods
195 N Broadway
Greenville, OH 45331

Capital One
P.O.Box 25131
Richmond, VA 23276-0001

CBSJ Collections
PO Box 4115
Concord, CA 94524

CCA
PO Box 806
Norwell, MA 02061-0806

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Freedom
PO Box 15153
Wilmington, DE 19886-5153

Checksmart
7001 Post Road
Suite 200
Dublin, OH 43016

Cincinnati Gas & Electric
(Cinergy)
P.O. Box 740124
Cincinnati, OH 45274-0124

Computer Credit Inc.
P.O.Box 5238
640 W. Fourth Street
Winston Salem, NC 27113-5238

Controlled Credit Corporation
PO Box 5154
Cincinnati, OH 45205-0154

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

First Equity
PO Box 84075
Columbus, GA 31901-4075

First National Bank of Marin
P.O.Box 80015
Los Angeles, CA 90080-0015

GMAC
PO Box 78369
Phoenix, AZ 85062-8369

GMAC
PO Box 217060
Auburn Hills, MI 48321

Helvey & Assoc.
1015 East Center Street
Warsaw, IN 46580-3497

Hilltop Obstetric & Gynecology
103 McKnight Drive Suite A
Middletown, OH 45044

IRS (3)
P.O. Box 1579
Attn: Special Procedures
Cincinnati, OH 45201

Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983

Macy's
P.O. Box 4581
Carol Stream, IL 60197-4581

Medical Imaging Phys., Inc.
2591 Miamisburg-Centerville Rd.
Dayton, OH 45459

Mercy Health Solutions
12029 Sheraton Lane
Cincinnati, OH 45246

Mercy Hospital Fairfield
P.O. Box 89465
Cleveland, OH 44101

Mid Valley Gastroenterology Ass.
225 N Breiel Blvd
Middletown, OH 45042

Middletown Diagnostics Svc
PO Box 640807
Cincinnati, OH 45264

Middletown Emergency Phys Inc.
P.O. Box 634071
Cincinnati, OH 45263-4071

Middletown Endoscopy Asc.
257 N. Breiel Blvd.
Middletown, OH 45042

Middletown Regional Hospital
P.O. Box 711782
Columbus, OH 43271-1782

National Cash Advance
627B Breiel Blvd
Middletown, OH 45044

National Revenue Corp
PO Box 182965
Columbus, OH 43218

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems
P.O.Box 41417
Dept. 99
Philadelphia, PA 19101

Nextel
P.O. Box 4191
Carol Stream, IL 60197-4191

Ohio Dept of Taxation (1)
P.O. Box 165009
Columbus, OH 43216

Ohio Dept. of Taxation (2)
Attn Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0030

OMNIUM
7171 Mercy Rd.
Omaha, NE 68106

River Collection & Recovery Service
PO Box 992
Elk River, MN 55330

RMS
340 Interstate N Parkway
PO Box 723001
Atlanta, GA 31139-0001

SBC
Bill Payment Center
PO Box 5072
Saginaw, MI 48663-0003

Stephenson & Warner Inc
1502 University Blvd.
Hamilton, OH 45011

The Ohio Heart Health Center, Inc
PO Box 640120
Cincinnati, OH 45264-0120

Trauner, Cohen, & Thomas, LLP
2880 Dresden Dr.
Atlanta, GA 30341-3920

United Collection Bureau
P.O. Box 140190
Toledo, OH 43614-0190

Verizon Wireless
PO Box 9058
Dublin, OH 43017

Wells Fargo Financial
P.O.Box 98784
Las Vegas, NV 89193-8784

West Asset Management
5300 Oakbrook Pkwy Suite 300
Norcross, GA 30093-2254

Wildwood Golf Club
PO Box 1040
Middletown, OH 45042